## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

Sue Harmon, individually and on behalf of all
others similarly situated,

                          Plaintiff,

               - against -

Lenovo (United States) Inc.,

                       Defendant

3:23-cv-01643-NJR

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   May 12, 2024

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080

**Certificate of Service**

I certify that on May 12, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

| | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

<u>    /s/ Spencer Sheehan    </u>