IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUE HARMON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LENOVO (UNITED STATES) INC.,

Defendant.

Case No. 3:23-CV-1643-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal filed on May 12, 2024 (Doc. 22), this action was **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED:   May 13, 2024

                                                    MONICA A. STUMP,
                                                    Clerk of Court

                                                    By:  s/ Deana Brinkley
                                                             Deputy Clerk

APPROVED:  *s/ Nancy J. Rosenstengel*
                      NANCY J. ROSENSTENGEL
                      Chief U.S. District Judge